BENJAMIN FRIEDMAN, Appellant, v. MORRIS FRIEDMAN et al., Respondents.— Appeal from order changing the place of trial from New York County to Albany County on the ground that the latter was the proper county and that plaintiff-appellant is not a resident of New York County. The intent of the litigant is of importance, and his claim of residence in New York County is

sustained by the proof. Order reversed on the law and facts, with $10 costs and disbursements. All concur.